**Criminal Case Cover Sheet**                                            U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish ___N/A___

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____         New Defendant ___X___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __X__ No

Defendant Name       ___Joseph Anthony Mesa___

Allisas Name         _____

Address              _____

                     ___Sinajana, Guam___

Birth date _XX/XX/_____ SS# _XXX-XX-9325_ Sex _M_ Race _PI_ Nationality _U.S._

**U.S. Attorney Information:**

AUSA ___Marivic P. David___

**Interpreter:** _X_ No _____ Yes      List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED**
**SEP 10 2005**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: ___2___      ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and 846; & 18 U.S.C. § 2 | ATTEMPT TO MANUFACTURE METHAMPHETAMINE HYDROCHLORIDE | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1); and 18 U.S.C. § 2 | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE | 2 |

Date: __9/9/05__      Signature of AUSA: _____