**Place of Offense:**

City _____Hagåtña_____

Country/Parish ____N/A____

**Related Case Information:**

Superseding Indictment _____ Docket Number _____

Same Defendant _____     New Defendant _____X_____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name ____Jeffrey Anthony Espinosa____

Allisas Name _____

Address _____

_____Agana Heights, Guam_____

Birth date __XX/XX/1970____ SS# __XXX-XX-0378__ Sex __M__ Race __PI__ Nationality __U.S.__

**U.S. Attorney Information:**

AUSA __Marivic P. David__

**Interpreter:** __X__ No _____Yes      List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED**

SEP 1 0 2005

**DISTRICT COURT OF GUAM
HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: _____2_____      _____ Petty _____ Misdemeanor __X__ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and 846; & 18 U.S.C. § 2 | ATTEMPT TO MANUFACTURE METHAMPHETAMINE HYDROCHLORIDE | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1); and 18 U.S.C. § 2 | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE | 2 |

Date: 9/9/05      **Signature of AUSA:** _____