<u>**Criminal Case Cover Sheet**</u>                                                                U.S. District Court

**Place of Offense:**

City _____ Hagåtña _____

Country/Parish _____ N/A _____

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __X__ No

Defendant Name _____ Ginger Perez Hamamoto _____

Allisas Name _____

Address _____

_____ Agana Heights, Guam _____

Birth date __XX/XX/1979__  SS# __XXX-XX-9369__  Sex __F__  Race __PI__  Nationality __U.S.__

**U.S. Attorney Information:**

AUSA __Marivic P. David__

Interpreter: __X__ No _____ Yes       List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED**
**SEP 1 0 2005**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __2__         _____ Petty  _____ Misdemeanor  __X__ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| Set | 1  21 U.S.C. §§ 841(a)(1) and 846; & 18 U.S.C. § 2 | ATTEMPT TO MANUFACTURE METHAMPHETAMINE HYDROCHLORIDE | 1 |
| Set | 2  21 U.S.C. § 841(a)(1); and 18 U.S.C. § 2 | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE | 2 |

Date: __9/9/05__       Signature of AUSA: _____