Criminal Case Cover Sheet                                                U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____          New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__     Matter to be sealed: ____ Yes __X__ No

Defendant Name _____Shardae Roxanne U. Love_____

Allisas Name _____

Address _____

Birth date __XX/XX/__ SS# __XXX-XX-__ Sex _F_ Race _PI_ Nationality _U.S._

**U.S. Attorney Information:**

AUSA _Marivic P. David_

Interpreter: __X__ No ____ Yes     List language and/or dialect: _____

**Location Status:**

Arrest Date _____

RECEIVED
SEP 10 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___2___    ___ Petty ___ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and 846; & 18 U.S.C. § 2 | ATTEMPT TO MANUFACTURE METHAMPHETAMINE HYDROCHLORIDE | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1); and 18 U.S.C. § 2 | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE | 2 |

Date: _9/9/05_     Signature of AUSA: _[signature]_