IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

**FILED**
DISTRICT COURT OF GUAM
SEP 12 2005
MARY L.M. MORAN
CLERK OF COURT

## MAGISTRATE MINUTES

**CASE NO. MJ-05-00046-003 & 004**          **DATE: September 12, 2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: Judith Hattori
Court Recorder: Jamie M. Phelps                                    Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 2:53:45 - 3:01:13                 CSO: B. Benavente / J. Lizama

**************************APPEARANCES***************************

**DEFT: GINGER PEREZ HAMAMOTO**           **ATTY: G. PATRICK CIVILLE**
(X) PRESENT ( ) CUSTODY ( ) BOND ( ) P.R.    (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

**DEFT: SHARDAE ROXANNE U. LOVE**         **ATTY: RAWLEN MANTANONA**
(X) PRESENT ( ) CUSTODY ( ) BOND ( ) P.R.    (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID              AGENT: DANNY CHO, D.E.A.

U.S. PROBATION: JOHN SAN NICOLAS          U.S. MARSHAL: WALTER GRAY

**PROCEEDINGS:       INITIAL APPEARANCE**

( ) COMPLAINT READ TO DEFENDANT
(X) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:

    DEFENDANT GINGER PEREZ HAMAMOTO: *G. PATRICK CIVLLE-* APPOINTED
    DEFENDANT SHARDAE ROXANNE U. LOVE: *RAWLEN MANTANONA* - APPOINTED

( ) DEFENDANT SWORN AND EXAMINED: AGE: ___    HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVED READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( ) DEFENDANT ENTERED PLEA OF: ( ) *GUILTY* ( ) *NOT GUILTY* TO: _____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____  PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

(X) PRELIMINARY EXAMINATION SET FOR: September 22, 2005 at 10:00 a.m.

(X) DEFENDANTS TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Based on the Pretrial Services Report, the recommendation was for both defendant's to be released with conditions. All parties had no objections to the recommendation. Accordingly, the Court released the defendants and admonished them to adhere to the conditions of release.

Courtroom Deputy: ___

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.
IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
   (Name of person or organization) _____
   (Address) _____
   (City and state) _____  (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____   _____
            Custodian or Proxy                  Date

(✓) (7) The defendant shall:
   ( ) (a) report to the __U.S. Pretrial Services Office as instructed__,
       telephone number __(671) 473-9201__, not later than _____.
   ( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
   ( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described
   ( ) (d) execute a bail bond with solvent sureties in the amount of $ _____.
   ( ) (e) maintain or actively seek employment.
   ( ) (f) maintain or commence an education program.
   (✓) (g) surrender any passport to: __Clerk of Court, U.S. District Court of Guam__
   (✓) (h) obtain no passport.
   (✓) (i) abide by the following restrictions on personal association, place of abode, or travel:
       __Remain at a fixed address and not change residence unless approved by U.S. Probation Office.__
   (✓) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:

   ( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows:

   ( ) (l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):

   ( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
   (✓) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
   (✓) (o) refrain from  (✓) any  ( ) excessive use of alcohol.
   (✓) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
   (✓) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
   ( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
   (✓) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
   ( ) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
       ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
       ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
       ( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
   (✓) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
   (✓) (v) Shall not go near any ports of entry or exit, unless authorized by the U.S. Probation Office, and shall not leave the Territory of Guam without written permission of the Court and the U.S. Probation Office.
   ( ) (w)
   ( ) (x)

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

Case 1:05-cr-00066    Document 3    Filed 09/12/2005    Page 2 of 2