AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **GUAM**

UNITED STATES OF AMERICA

V.

GINGER PEREZ HAMAMOTO

**WARRANT FOR ARREST**

Case Number: MJ-05-00046-003

**FILED**
DISTRICT COURT OF GUAM
SEP 12 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **GINGER PEREZ HAMAMOTO**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

21:841(a)(1) & 846 & 18:2 - ATTEMPT TO MANUFACTURE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

21:841(a)(1) & 18:2 - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)

in violation of Title _____ United States Code, Section(s) _____

Joaquin V. E. Manibusan, Jr.
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

9/10/2005 ~~9/9/2005~~ Hagatna, Guam
Date                    Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Women's Facility |

| DATE RECEIVED 9/10/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/12/05 | Danny Chu, SA | [Signature] |

ORIGINAL