| | |
|---|---|
| USA,  Plaintiff,  vs.  Joseph Anthony Mesa, et. al.,  Defendants. | Case No. 1:05-mj-00046  **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *CJA 20 Appointment Order filed September 12, 2005,* on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *Joaquin C. Arriola, Jr.* | *G. Patrick Civille* |
|---|---|---|---|
| *September 13, 2005* | *September 13, 2005* | *September 13, 2005* | *September 13, 2005* |

*Rawlen Mantanona*
*September 15, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*CJA 20 Appointment Order filed September 12, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 15, 2005                  /s/ Marilyn B. Alcon
                                                                 Deputy Clerk