AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

U.S. MARSHALS-GUAM RECEIVED
22 SEP 2005 14 00 01

| UNITED STATES OF AMERICA V. | SUMMONS IN A CRIMINAL CASE |
|---|---|
| **GINGER PEREZ HAMAMOTO** | Case Number: **CR-05-00066-003** |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> **4th Floor, U.S. Courthouse** <br> **520 West Soledad Avenue** | **413** |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | **Monday, September 26, 2005 at 1:30 p.m.** |

To answer a(n)
X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**FILED**
**DISTRICT COURT OF GUAM**
**SEP 22 2005**
**MARY L.M. MORAN**
**CLERK OF COURT**

**21:841(a)(1), 841(b)(1)(C) & 846; 18:2 - ATTEMPT TO MANUFACTURE METHAMPHETAMINE HYROCHLORIDE (COUNT 1)**

**21:841(a)(1) & 841(b)(1)(C) & 18:2 - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)**

*ORIGINAL*

| **MARILYN B. ALCON, Deputy Clerk** | /s/ Marilyn B. Alcon |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |

**September 21, 2005**
Date

## RETURN OF SERVICE

Service was made by me on:[1]   Date   9/22/05

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: District Court

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   9/22/05
            Date

J. Salas
Name of United States Marshal

S.C.
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.