

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**

FILED
DISTRICT COURT OF GUAM
SEP 26 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00066-003**　　　　　　　　**DATE: September 26, 2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding　　Law Clerk: NONE PRESENT
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 1:33:36 - 1:40:49　　CSO: B. Benavente

**APPEARANCES**

**DEFT: GINGER PEREZ HAMAMOTO**　　　　**ATTY: G. PATRICK CIVILLE**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( ) P.R.　　( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID　　　　AGENT: DANNY CHO, D.E.A.

U.S. PROBATION: JUDY OCAMPO　　　　U.S. MARSHAL: NONE PRESENT

INTERPRETER: _____　　( ) SWORN　　LANGUAGE: _____
　　　　　　　　　　　　　　　　( ) PREVIOUSLY SWORN

**PROCEEDINGS:　　ARRAIGNMENT**

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED　　AGE: ___　　SCHOOL COMPLETED: Graduated from high school
( X ) DEFENDANT ARRAIGNED ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE　　( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION
( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT
( X ) PLEA ENTERED: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: BOTH COUNTS IN THE INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED:_____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) TRIAL SET FOR: NOVEMBER 8, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON BOND AS PREVIOUSLY ORDERED BY THIS COURT IN MG-05-00046

**NOTES:**

The Court appointed Mr. Civille to represent the defendant nunc pro tunc to September 21, 2005. The Court set trial for November 8, 2005 at 9:30 a.m.; Pretrial Motion due on October 18, 2005; and all trial documents due on November 1, 2005. Defense requested that the release condition regarding communication with other co-defendant's, be modified to allow his client to talk with co-defendant Joseph Anthony Mesa on matters regarding their child. Government did not state any objections. The Court Granted the modification of the condition.

Courtroom Deputy: _____