# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Joseph Anthony Mesa, et al., <br><br> Defendant. | Case No. 1:05-cr-00066 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Trial Order filed September 23, 2005 and Order Setting Conditions of Release filed September 26, 2005*** on the dates indicated below:

| | | | |
|---|---|---|---|
| U.S. Attorney's Office | *Federal Public Defender* | *Joaquin C. Arriola, Jr.* | *G. Patrick Civille* |
| *September 28, 2005 (Trial Order)* | *September 28, 2005 (Trial Order)* | *September 28, 2005 (Trial Order)* | *September 28, 2005 (Trial Order)* |
| *September 26, 2005 (Release Order)* | | | *September 28, 2005 (Release Order)* |
| *Rawlen M.T. Mantanona* | *U.S. Probation Office* | *U.S. Marshal Service* | |
| *September 28, 2005 (Trial Order)* | *September 29, 2005 (Release Order)* | *September 27, 2005 (Release Order)* | |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Trial Order filed September 23, 2005 and Order Setting Conditions of Release filed September 26, 2005***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 29, 2005 /s/ Marilyn B. Alcon
Deputy Clerk