
FILED
DISTRICT COURT OF GUAM
OCT 13 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>GINGER PEREZ HAMAMOTO,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL CASE NO. 05-00066-003<br><br><br>**INFORMATIONAL REPORT** |

**Re: Informational Report; No Action Requested**

On September 12, 2005, Ginger Perez Hamamoto made an Initial Appearance before Magistrate Judge Joaquin V. E. Manibusan Jr., pursuant to a Complaint charging her with Attempt to Manufacture Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1) & 846 and 18 U.S.C. § 2, and Possession with Intent to Distribute of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1) and 18 U.S.C. § 2.

On September 21, 2005, an Indictment was handed down by the Federal Grand Jury, in U.S.D.C. Criminal Case Number 05-00066 charging the defendant with Attempt to Manufacture Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 846, and 18 U.S.C. § 2, and Possession with Intent to Distribute of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 18 U.S.C. § 2. On September 22, 2005, the Complaint in U.S.D.C. Cr. Cs. No. 05-00046-003 was dismissed.

INFORMATIONAL REPORT
Informational Report; No Action Requested
Re: HAMAMOTO, Ginger Perez
USDC MJ Cs. No. 05-00066-003
October 12, 2005
Page 2

On September 29, 2005, Ms. Hamamoto was released on a personal recognizance bond with conditions that she report to the U.S. Pretrial Services Office as instructed; surrender any passport to the Clerk of Court, District Court of Guam; obtain no passport; remain at a fixed address and not change residence unless approved by the U.S. Probation Office; avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from any use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; submit to any method of testing required by a pretrial services officer or the supervising officer for determining whether he is using a prohibited substance; refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release; report as soon as possible any contact with law enforcement; shall not go near any ports of entry or exit, unless authorized by the U.S. Probation Office; shall not leave the Territory of Guam without written permission of the Court and the U.S. Probation Office; and may communicate with co-defendant, Joseph Anthony Mesa on matters regarding their child.

She is alleged to have violated the following conditions of release:

**Mandatory Condition:** *The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.*

On September 27, 2005, Ms. Hamamoto was issued a traffic citation (number 1C0671035) by a Guam Police Department officer for Disobeying a Red Traffic Light, in violation of Title 16 Guam Code Annotated, Section 3339(b); and for No Driver's License in Possession, in violation of Title 16 Guam Code Annotated, Section 3101(k). Ms. Hamamoto is to appear for a hearing at the Superior Court of Guam's Traffic Court on October 28, 2005. She stated that she is "guilty" and will pay the fine prior to her hearing date. This Officer instructed her to abstain from driving an automobile without a valid driver's license.

**Special Condition:** *The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.*

INFORMATIONAL REPORT
Informational Report; No Action Requested
Re: HAMAMOTO, Ginger Perez
USDC MJ Cs. No. 05-00066-003
October 12, 2005
Page 3

On September 30, 2005, Ms. Hamamoto submitted to urinalysis which tested presumptive positive for methamphetamine at the drug testing vendor. On October 3, 2005, this Officer met with Ms. Hamamoto who executed an admission form, admitting to using "ice" on September 29, 2005. She stated that she "used ice" with an acquaintance. Ms. Hamamoto maintains that she will not use illicit substances anymore.

**Recommendation:** It is recommended that this report be for informational purposes only and no action be taken at this time. Ms. Hamamoto has been warned of the consequences of further violations. Her compliance will continue to be closely monitored. Any further violations will be reported to the Court accordingly.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:

JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Marivic David, AUSA
 G.Patrick Civille, Defense Counsel
 File