CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Ginger Perez Hamamoto*

ORIGINAL

FILED
DISTRICT COURT OF GUAM
OCT 19 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. NO. CR-05-00066-003 |
| Plaintiff, ) | |
| ) | STIPULATION EXTENDING THE |
| vs. ) | TIME FOR THE FILING OF |
| ) | PRETRIAL MOTIONS |
| GINGER PEREZ HAMAMOTO, *et al.*, ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the time for the filing of Defendant Ginger Perez Hamamoto's pretrial motions is extended five days. Defendant Hamamoto's motions were due on October 18, 2005. Defendant's new proposed motions due date is October 24, 2005. Trial is scheduled for November 8, 2005.

The parties request this continuance so as to allow defense counsel further time to review the discovery and police reports and investigate and research the viability of possible pretrial motions. The proposed continuance is in Ms. Hamamoto's best interests, furthers judicial

economy and efficiency and is in society's best interests. Thus, the ends of justice are best served by this proposed extension of motions filing deadline.

SO STIPULATED.

CIVILLE & TANG, PLLC

Date: October 18, 2005

By: /s/ G. PATRICK CIVILLE
*Attorneys for Defendant*
*Ginger Perez Hamamoto*

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

Date: October 18, 2005

By: /s/
**MARIVIC P. DAVID**
Assistant U.S. Attorney
*Attorneys for Plaintiff*

2