**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Ginger Perez Hamamoto*



FILED
DISTRICT COURT OF GUAM
OCT 20 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. NO. CR-05-00066-003 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER RE STIPULATION** |
| ) | **EXTENDING THE TIME FOR THE** |
| GINGER PEREZ HAMAMOTO, *et al.*, ) | **FILING OF PRETRIAL MOTIONS** |
| ) | |
| Defendants. ) | |

The Stipulation filed on October 18, 2005 regarding the extension of time for filing of defendant Ginger Perez Hamamoto's pretrial motions is HEREBY APPROVED and SO ORDERED. Defendant Hamamoto's pretrial motions are now due on October 24, 2005.

DATED: October 20, 2005

JOAQUIN V.E. MANIBUSAN, JR.
UNITED STATES MAGISTRATE JUDGE

RECEIVED
OCT 19 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

*ORIGINAL*