JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant JEFFREY ANTHONY ESPINOSA

FILED
DISTRICT COURT OF GUAM
OCT 24 2005 ᑲP
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **CR05-00066** |
| Plaintiff, ) | |
| vs. ) | **JOINDER IN MOTION TO SUPPRESS;** |
|  ) | **MEMORANDUM IN SUPPORT** |
| JOSEPH ANTHONY MESA, ) | |
| JEFFREY ANTHONY ESPINOSA, ) | |
| GINGER PEREZ HAMAMOTO, and ) | |
| SHARDAE ROXANNE U. LOVE, ) | |
| Defendants. ) | |

COMES NOW, Defendant JEFFREY ANTHONY ESPINOSA, through counsel Arriola, Cown and Arriola, by Joaquin C. Arriola, Jr., and joins in the following Pretrial Motions filed by the Co-Defendants herein:

1. Co-Defendant SHARDAE ROSANNE U. LOVE's: (a) Motion to Suppress; (b) Motion to Compel Discovery, filed on October 18, 2005.

Defendant ESPINOSA adopts and incorporates by reference herein the said Motions and Memoranda in support thereof. In further support of the motion to suppress, Defendant ESPINOSA submits that he was present, detained, searched and arrested in Room 755 of the Guam Reef Hotel, and accordingly has standing to join in said motion to suppress. Any and all evidence seized as a

result of his unlawful detention, search and seizure must be suppressed.

Dated at Hagåtña, Guam: October 24, 2005.

ARRIOLA, COWAN & ARRIOLA

_____
JOAQUIN C. ARRIOLA, JR.