ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
OCT 27 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00066 |
| Plaintiff, ) | |
| vs. ) | STIPULATION EXTENDING TIME FOR THE FILING OF PRETRIAL MOTIONS AND RESPONSE |
| SHARDAE ROXANNE U. LOVE, ) | |
| Defendant. ) | |

The parties in the above-entitled matter, the United States of America, and the defendant, through her counsel Rawlen Mantanona, hereby stipulate to extend the filing of pretrial motions and the government's response to defense pretrial motions for at least one week, and that the hearings on said motions, currently set for November 1, 2005, and November 3, 2005, respectively, also be rescheduled for at least one week thereafter, to be set by the court.

The Defendant has filed motions for severance and to compel discovery on October 13, 2005, and October 18, 2005, respectively. The parties request this continuance so as to allow the parties further time to consult and settle issues concerning discovery. Also, government counsel has been involved in trial preparation and trial to date in U.S. v. Gilbert Jose Matta, CR# 05-00039.

It is stipulated and agreed by and between the parties that the proposed continuance is in the defendant's best interests, furthers judicial economy and efficiency and is in society's best

interests. Thus, the ends of justice are best served by this proposed extension of motions filing and response deadline. It is further stipulated and agreed that the time period beginning and including October 13, 2005, to an including the date to be set by the Court for the rescheduled motions hearing be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(a)(F) and (8)(A).

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 10/27/05

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

DATE: 10/27/05

_____
RAWLEN MANTANONA
Attorney for Defendant