

FILED
DISTRICT COURT OF GUAM
NOV - 4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br><br>vs.<br><br>Ginger Perez Hamamoto,<br>                Defendant. | CRIMINAL CASE NO.: 05-00066-003 |

**Re:   Violation Report;  Request for Modification of Release Conditions**

      On September 12, 2005, Ginger Perez Hamamoto made an Initial Appearance before Magistrate Judge Joaquin V. E. Manibusan Jr., pursuant to a Complaint charging her with Attempt to Manufacture Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1) & 846 and 18 U.S.C. § 2, and Possession with Intent to Distribute of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1) and 18 U.S.C. § 2.

      On September 21, 2005, an Indictment was handed down by the Federal Grand Jury, in U.S.D.C. Criminal Case Number 05-00066 charging the defendant with Attempt to Manufacture Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 846, and 18 U.S.C. § 2, and Possession with Intent to Distribute of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 18 U.S.C. § 2. On September 22, 2005, the Complaint in U.S.D.C. Cr. Cs. No. 05-00046-003 was dismissed.

      On September 29, 2005, Ms. Hamamoto was released on a personal recognizance bond with conditions that she report to the U.S. Pretrial Services Office as instructed; surrender any passport to the Clerk of Court, District Court of Guam; obtain no passport; remain at a fixed address and not change residence unless approved by the U.S. Probation Office; avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from

Violation Report, Request for Modification of Release Conditions
Re: HAMAMOTO, Ginger Perez
USDC Cr. Cs. No. 05-00066-003
November 3, 2005
Page 2

any use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; submit to any method of testing required by a pretrial services officer or the supervising officer for determining whether he is using a prohibited substance; refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release; report as soon as possible any contact with law enforcement; shall not go near any ports of entry or exit, unless authorized by the U.S. Probation Office; shall not leave the Territory of Guam without written permission of the Court and the U.S. Probation Office; and may communicate with co-defendant, Joseph Anthony Mesa on matters regarding their child.

On October 13, 2005, an Informational Report was filed with the Court after Ms. Hamamoto admitted to using "ice" on September 29, 2005. The report also alleged that she violated the conditions of her release when she was issued a traffic citation for Disobeying a Red Traffic Light and for No Driver's License in Possession. No action was requested. Ms. Hamamoto is alleged to have violated the following condition:

**Special Condition:** *The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.* On October 8, 2005, Ms. Hamamoto tested positive for use of methamphetamine at the drug testing vendor. The sample was sent to Scientific Testing Laboratories, Inc. for confirmation testing because Ms. Hamamoto denied use of illicit substances. On October 25, 2005, the Probation Office received the laboratory report which indicated a positive result for amphetamine and methamphetamine on the specimen collected on October 8, 2005. Ms. Hamamoto also tested positive for amphetamine and methamphetamine on a specimen collected on October 22, 2005.

**Special Condition:** *The defendant shall submit to any method of testing required by the pretrial services office or supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.* On October 21, 2005, Ms. Hamamoto failed to provide a urine sample (stall). Ms. Hamamoto also failed to report to her probation officer the following day as required after the stall.

On October 26, 2005, this officer met with Ms. Hamamoto after meeting with her attorney to discuss her positive urinalysis and noncompliance with the drug testing program. She executed an admission form, admitting to using "ice" on October 6, 2005. She further admitted to using "ice" on October 25, 2005.

In light of the above violations, it is recommended that the Court modify Ms. Hamamoto's pretrial release conditions, pursuant to 18 U.S.C. §3142(c)(3) to include:

*The defendant shall participate in a program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. It is further ordered that the defendant make co-payment for treatment at a rate to be determined by the U.S. Probation Office.*

Ms. Hamamoto and her attorney have agreed to the proposed modification and have executed Probation Form PS42, Consent to Modify Conditions of Release. Her compliance will continue to be closely monitored. Any further violations will be reported to the Court accordingly.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Marivic David, AUSA
    G. Patrick Civille, Defense Attorney
    File