PS 42
(Rev. 7/93)

# United States District Court
## District Of


FILED
DISTRICT COURT OF GUAM

NOV - 7 2005

MARY L.M. MORAN
CLERK OF COURT

United States of America          )
                                  )
              vs.                 )
Ginger Perez Hamamoto             )
                                  )          **Case No.**   05-00066-003

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I,  __Ginger Perez Hamamoto__ , have discussed with  _____Carmen D. O'Mallan_____ , Pretrial Services/
Probation Officer, modifications of my release conditions as follows:

1.    *The defendant shall participate in substance abuse treatment program  approved by the U.S.
      Probation Office for the treatment of narcotic addiction or drug dependency which will include
      testing for the detection of substance abuse or use, and that the defendant make a co-payments
      for any such treatment at a rate to be determined by the U.S. Probation Office.*

I consent to this modification of my release conditions and agree to abide by this modification.

Ginger R.P. Hamamoto    10-26-05                                         10/24/05
_____ _____          _____ _____
Signature of Defendant          Date                Pretrial Services/Probation      Date

RECEIVED

NOV - 4 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM

I have reviewed the conditions with my client and concur that this modification is appropriate.

                                                                        10/26/05
_____          _____
Signature of Defense Counsel                        Date

[X]  The above modification of conditions of release is ordered, to be effective on  *immediately* .
[ ]  The above modification of conditions of release is *not* ordered.

                                                                        11/7/2005
_____          _____
Signature of Judicial Officer    JOAQUIN V.E. MANIBUSAN, JR.            Date
                                 U.S. Magistrate Judge

ORIGINAL