JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
P.O. BOX X, HAGÅTÑA, GUAM 96932
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant JEFFREY ANTHONY ESPINOSA

FILED
DISTRICT COURT OF GUAM
NOV 21 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH ANTHONY MESA,<br>JEFFREY ANTHONY ESPINOSA,<br>GINGER PEREZ HAMAMOTO, and<br>SHARDAE ROXANNE U. LOVE,<br><br>Defendants. | CRIMINAL CASE NO. CR05-00066<br><br><br><br>**DEFENDANT ESPINOSA'S**<br>**REPLY TO GOVERNMENT'S**<br>**OPPOSITION TO DEFENDANTS'**<br>**MOTION TO SUPPRESS;**<br>**MEMORANDUM IN SUPPORT** |

COMES NOW, Defendant JEFFREY ANTHONY ESPINOSA, through counsel Arriola, Cowan and Arriola, by Joaquin C. Arriola, Jr., and submits this Reply in Support of Defendants' Motion to Suppress.

In opposition to the Defendants' Motion to Suppress, the Government on one hand argues that Defendant ESPINOSA has no standing to contest the search of Room 755 of the Guam Reef Hotel (hereinafter "Room 755"). The Government then argues that any officers of probation and/or the police were entitled to search Room 755 because it is the "residence or room where he [Defendant Espinosa] is residing." See Government's Exhibit C, D, and E attached to Opposition.

The Government's inability to take a positive position on its search and seizure of Room 755 is evident in it clearly contradictory positions.

First, Defendant Espinosa does not dispute that he was not the registered guest of Room 755. Second, Defendant Espinosa will further concede that he was not residing in Room 755 of the Guam Reef Hotel; nor was the hotel room his residence. Defendant Espinosa was merely present in Room 755 when he was detained, searched and arrested on September 8, 2005. Thus, although Defendant Espinosa may not have standing to contest the search of Room 755, by his "mere presence," the Government cannot justify its defective search warrant on Defendant Espinosa's probation conditions set by the Superior Court of Guam. *See* United States v. Grandstaff 813 F.2d 1353, 1357 (9th Cir., 1987). Therefore, Defendant Espinosa submits that his "mere presence" in Room 755 is not sufficient to justify a search without probable cause.

Accordingly, any and all evidence seized as a result of his unlawful detention, search and seizure must be suppressed.

Dated at Hagåtña, Guam: November 21, 2005.

                ARRIOLA, COWAN & ARRIOLA
                **Counsel for Defendant Jeffrey Anthony Espinosa**



                **JOAQUIN C. ARRIOLA, JR.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2005, a copy of the **DEFENDANT ESPINOSA'S REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTION TO SUPPRESS; MEMORANDUM IN SUPPORT**, was served, via hand delivery, upon the following:

**Counsel for Plaintiff U.S.A.:**

MARIVIC P. DAVID, ESQ.
Assistant U. S. Attorney
United States Attorney's Office,
   Criminal Division
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910

**Counsel for Defendant Joseph Anthony Mesa:**

JOHN T. GORMAN, ESQ.
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910

**Counsel for Defendant Ginger Perez**
   **Hamamoto:**

G. PATRICK CIVILLE, ESQ.
Civille & Tang, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910

**Counsel for Defendant Shardae Roxanne**
   **U. Love:**

RAWLEN M T MANTANONA, ESQ.
Cabot & Mantanona, LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Dated at Hagåtña, Guam: November 21, 2005.

ARRIOLA, COWAN & ARRIOLA
Counsel for Defendant Jeffrey Anthony Espinosa

_____
JOAQUIN C. ARRIOLA, JR.