AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

    Plaintiff,

            V.

Ginger Perez Hamamoto,

    Defendant.

**NOTICE**

CASE NUMBER: 1:05-cr-00066

[ ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

## *ARRAIGNMENT*

[ X ] **TAKE NOTICE** that the arraignment hearing in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910<br>Hon. Joaquin V.E. Manibusan, Jr. | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>November 28, 2005 at 9:00 A.M. | CONTINUED TO DATE AND TIME<br><br>November 29, 2005 at 9:00 A.M. |
|---|---|---|

MARY L.M. MORAN, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 28, 2005

DATE

VIRGINIA T. KILGORE

/s/ (BY) DEPUTY CLERK

TO: U.S. Attorney's Office      G. Patrick Civille

     U.S. Probation Office      U.S. Marshal Service