IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**


**FILED**
DISTRICT COURT OF GUAM
NOV 29 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00066-003**   **DATE: November 29, 2005**

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**   Law Clerk: Judith Hattori
Court Reporter: Wanda Miles   Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 9:28:14 - 9:34:55   CSO: D. Quinata

**APPEARANCES**

**DEFT: GINGER PEREZ HAMAMOTO**   **ATTY: G. PATRICK CIVILLE**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.   ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID   AGENT: DANNY CHO, D.E.A.

U.S. PROBATION: JUDY OCAMPO   U.S. MARSHAL: V. ROMAN

INTERPRETER: _____  ( ) SWORN   LANGUAGE: _____

**PROCEEDINGS:   ARRAIGNMENT**

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED   AGE:____   SCHOOL COMPLETED:_____
( ) DEFENDANT ARRAIGNED ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION
( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( X ) SUPERSEDING INDICTMENT
( X ) PLEA ENTERED:  ( ) *GUILTY*  ( X ) *NOT GUILTY* - TO: ALL COUNTS IN THE SUPERSEDING INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED:_____   PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR( )*PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE BOND AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**
The Court stated that the previous trial date was vacated pending disposition of the Motions to Suppress and will be reset after the hearings.   The Probation Officer requested for modification of the defendant's conditions of release to include the home detention component of the home confinement program. Mr. Civille had no objections, however, requested that his client be allowed to travel to his office for scheduled appointments. The Probation Officer confirmed that such appointments are allowed under the program. The Court Granted the modification of the condition.

Courtroom Deputy: ____