# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>     Plaintiff,<br><br>  vs.<br><br>Joseph Anthony Mesa, et al.,<br><br>     Defendants. | Case No. 1:05-cr-00066<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order Setting Hearing filed November 23, 2005,*** on the dates indicated below:

| | | | |
|---|---|---|---|
| *U.S. Attorney's Office*<br>*November 25, 2005* | *Federal Public Defender*<br>*November 25, 2005* | *Joaquin C. Arriola, Jr.*<br>*November 29, 2005* | *Rawlen Mantanona*<br>*November 28, 2005* |

*G. Patrick Civille*
*November 28, 2005*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

***Order Setting Hearing filed November 23, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 30, 2005      /s/ Virginia T. Kilgore
                  Deputy Clerk