# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Ginger Perez Hamamoto, <br><br> Defendant. | Case No. 1:05-cr-00066 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Amended Order Setting Conditions of Release filed November 29, 2005,* on the dates indicated below:

*U.S. Attorney's Office  G. Patrick Civille   U.S. Probation Office  U.S. Marshal Service*
*November 30, 2005    November 29, 2005  November 30, 2005    November 30, 2005*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*Amended Order Setting Conditions of Release filed November 29, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 30, 2005              /s/ Virginia T. Kilgore
                                                     Deputy Clerk