

**FILED**
DISTRICT COURT OF GUAM
DEC -5 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00066     DATE: December 5, 2005

HON. JOAQUIN V. E. MANIBUSAN, JR, Magistrate Judge, Presiding    Law Clerk: Judith
Official Court Reporter: Wanda Miles    Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 1:45:59 -2:27:58; 2:32:52 - 4:06:11    CSO: J. Lizama / B. Pereda
4:20:42 - 4:56:30

**APPEARANCES**

**DEFT JOSPEH ANTHONY MESA**     **ATTY JOHN GORMAN**
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.    (X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

**DEFT JEFFREY ANTHONY ESPINOSA**     **ATTY JOAQUIN C. ARRIOLA, JR.**
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.    (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

**DEFT GINGER PEREZ HAMAMOTO**     **ATTY G. PATRICK CIVILLE**
(X) PRESENT ( ) CUSTODY ( ) BOND ( ) P.R.    (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

**DEFT SHARDAE ROXANNE U. LOVE**     **ATTY RAWLEN MANTANONA**
(X) PRESENT ( ) CUSTODY ( ) BOND (X) P.R.    (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID     AGENT: DANNY CHO, D.E.A.

U.S. PROBATION: CARMEN O'MALLAN     U.S. MARSHAL: V. ROMAN / G. PEREZ

## MOTION TO SUPPRESS PHYSICAL EVIDENCE

( ) MOTION(s) ARGUED BY ( ) GOVERNMENT ( ) DEFENDANT(s)
( ) MOTION(s) ___ Granted ___ Denied ___ Withdrawn ___ Under Advisement
( ) ORDER SUBMITTED ___ Approved ___ Disapproved
( ) ORDER to prepared By:_____
(X) PROCEEDINGS CONTINUED TO: Tuesday, December 6, 2005 at 1:30 p.m.

(X) WITNESSES SWORN AND EXAMINED     ( ) EXHIBITS MARKED AND ADMITTED
    SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)

(X) OTHER MATTER(s):

Defendant Espinosa joined in the Motions filed by defendant's Mesa and Love. Defendant Love also joined in the Motion filed by defendant Mesa.

Parties argued their position on the Standing Issue raised by the Government. The Court took the matter Under Advisement as it relates to the Standing Issue on the Motion to Suppress filed by defendant Mesa, and joined by co-defendants.

Courtroom Deputy: _____

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

United States of America

V.

Shardae Roxanne U. Love

**EXHIBIT AND WITNESS LIST**

Case Number: CR-05-00066

| PRESIDING JUDGE<br>**JOAQUIN V.E. MANIBUSAN, JR.** | PLAINTIFF'S ATTORNEY<br>**MARIVIC DAVID** | DEFENDANT'S ATTORNEY<br>**RAWLEN MANTANONA** |
|---|---|---|
| HEARING DATE(S)<br>December 5, 2005 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Danny Cho, called and sworn** |
| | | | | | | DX by Ms. David |
| | 1 | | 12/5/05 | 12/5/05 | | Booking photo of Shardae Love, provided by the Guam Police Department Violent Street Crimes Task Force |
| | | | | | | 2:56:05 End DX |
| | | | | | | CX by Mr. Mantanona |
| | | | | | | 3:56:05 End CX |
| | | | | | | Re-DX by Ms David |
| | | | | | | 4:05:47 End Re-DX |
| | | | | | | 4:06:11 - 4:20:42 BREAK |
| | | | | | | Re-CX by Mr. Mantanona |
| | | A | 12/5/05 | 12/5/05 | | Report of Investigation, dated 09/09/05 |
| | | | | | | 4:42:40 End Re-CX |
| | | | | | | Court examined witness |
| | | | | | | 4:56:30 End of Hearing |