# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

GINGER PEREZ HAMAMOTO

**WARRANT FOR ARREST**

Case Number:  CR-05-00066-003

**FILED**

DISTRICT COURT OF GUAM

JAN 0 4 2006 *mbo*

MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ GINGER PEREZ HAMAMOTO _____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice

charging him or her with   (brief description of offense)

**ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**
(See attached Petition and Violation Report)

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 3148 _____

| | |
|---|---|
| MARILYN B. ALCON | *Marilyn B. Alcon* |
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 12/29/2005     Hagatna, Guam |
| Title of Issuing Officer | Date     Location |

ORIGINAL

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

U.S. District Court     D/Guam

| DATE RECEIVED 12/29/05 | NAME AND TITLE OF ARRESTING OFFICER John Curry   USMS CIDUSM | SIGNATURE OF ARRESTING OFFICER   USMS CIDUSM |
|---|---|---|
| DATE OF ARREST 1/4/06 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:    GINGER PEREZ HAMAMOTO

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: