IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**


FILED
DISTRICT COURT OF GUAM
JAN 05 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00066-003**     **DATE: 01/05/2006**

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: Judith Hattori
Court Recorder: Cecille Flores    Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 1:28:46 - 1:31:23    CSO: L. Ogo

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFT:** __GINGER PEREZ HAMAMOTO__    **ATTY:** __G. PATRICK CIVILLE__
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.    ( X ) NOT PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID    AGENT:

U.S. PROBATION: ROSANNA VILLAGOMEZ-AGUON    U.S. MARSHAL: W. GRAY

INTERPRETER: _____   ( ) SWORN   LANGUAGE: _____

---

**PROCEEDINGS: INITIAL APPEARANCE AND ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED    AGE:____    SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) SUPERSEDING INDICTMENT
( ) PLEA ENTERED: ( ) *GUILTY* ( ) *NOT GUILTY* - TO: _____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED:_____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: __MONDAY, JANUARY 9, 2006__ at __9:00 A.M.__
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE BOND AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

<u>Defendant's attorney was not present. The Court informed the parties that it has been advised that defendant's counsel is hospitalized and requested that the hearing be continued. No objection. The Court continued the hearing to January 9, 2006 at 9:00 A.M.</u>

Courtroom Deputy: _____