IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



# FILED
DISTRICT COURT OF GUAM

JAN 0 9 2006

MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00066-003          DATE: 01/09/2006**
*******************************************************************************
HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding          Law Clerk: Judith Hattori
Court Recorder and Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:16:54 - 10:19:26          CSO: J. Lizama
* * * * * * * * * * * * * * * * * * * * * * *A P P E A R A N C E S* * * * * * * * * * * * * * * * * * * * * * * *
**DEFT:    GINGER PEREZ HAMAMOTO          ATTY :   G. PATRICK CIVILLE**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.          ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID          AGENT:

U.S. PROBATION: CARMEN O'MALLAN          U.S. MARSHAL: V. ROMAN / G. PEREZ

INTERPRETER: _____          ( ) SWORN          LANGUAGE: _____
*******************************************************************************
PROCEEDINGS:          CONTINUED ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE
                      CONDITIONS SHOULD NOT BE REVOKED

( ) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE
      VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( X ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:


( X ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PRETRIAL RELEASE
( ) REVOCATION OF SUPERVISED RELEASE IS GRANTED. (SEE REVERSE)


( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED
( ) CONDITIONS MODIFIED OR CONTINUED
( ) PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL SERVICE
      PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL

NOTES:




Courtroom Deputy: _____