

**FILED**
DISTRICT COURT OF GUAM
JAN 25 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00066**     **DATE: January 25, 2006**

HON. JOAQUIN V. E. MANIBUSAN, JR, Magistrate Judge, Presiding
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded: 9:42:11 - 10:37:00; 10:50:31 - 12:08:22
  3:08:06 - 4:14:48

Law Clerk: Judith Hattori
Courtroom Deputy: Leilani Toves Hernandez
CSO: F. Tenorio / J. Lizama / L. Ogo

************************ APPEARANCES ************************

**DEFT JOSEPH ANTHONY MESA**
(X) PRESENT  (X) CUSTODY  ( ) BOND  ( ) P.R.

**ATTY JOHN GORMAN**
(X) PRESENT  ( ) RETAINED  (X) FPD  ( ) CJA APPOINTED

**DEFT JEFFREY ANTHONY ESPINOSA**
(X) PRESENT  (X) CUSTODY  ( ) BOND  ( ) P.R.

**ATTY JOAQUIN C. ARRIOLA, JR.**
(X) PRESENT  ( ) RETAINED  ( ) FPD  (X) CJA APPOINTED

**DEFT GINGER PEREZ HAMAMOTO**
(X) PRESENT  (X) CUSTODY  ( ) BOND  ( ) P.R.

**ATTY G. PATRICK CIVILLE**
(X) PRESENT  ( ) RETAINED  ( ) FPD  (X) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID

AGENT: DANNY CHO, D.E.A.

U.S. PROBATION: NONE PRESENT

U.S. MARSHAL: V. ROMAN / C. MARQUEZ

## CONTINUED MOTION TO SUPPRESS PHYSICAL EVIDENCE

( ) MOTION(s) ARGUED BY     ( ) GOVERNMENT     ( ) DEFENDANT(s)
(X) MOTION(s) __Granted  ____Denied  ____Withdrawn  _X_ Under Advisement
( ) ORDER SUBMITTED     ____Approved     ____Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at_____

(X) WITNESSES SWORN AND EXAMINED     (X) EXHIBITS MARKED AND ADMITTED
  SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
(X) OTHER MATTER(s):

**Closing arguments by counsel.**

Courtroom Deputy:

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ **GUAM** _____

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Jeffrey Anthony Mesa, Jeffrey Anthony Espinosa, and Ginger Perez Hamamoto | Case Number: **CR-05-00066** |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **JOAQUIN V.E. MANIBUSAN, JR.** | **MARIVIC DAVID** | **J. GORMAN / J. ARRIOLA / P. CIVILLE** |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| January 25, 2006 | WANDA MILES | LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Danny Cho, called and sworn** |
| | | | | | | DX by Ms. David |
| | 1 | | 1/25/06 | 1/25/06 | 1/25/06 | Booking photo of Shardae Love, provided by the Guam Police Department Violent Street Crimes Task Force |
| | 2 | | 1/25/06 | 1/25/06 | 1/25/06 | Application and Affidavit for Search Warrant, Room 755, Guam Reef Hotel, filed 9/08/2005 |
| | 3 | | 1/25/06 | 1/25/06 | 1/25/06 | Search Warrant for Room 755, Guam Reef Hotel, filed 09/14/2005 |
| | 4 | | 1/25/06 | 1/25/06 | 1/25/06 | Photo of Joseph Anthony Mesa w/ search warrant in front of him |
| | 5 | | 1/25/06 | 1/25/06 | 1/25/06 | Photo of closet shelf area with Coleman fuel canister, Red Devil Lye, carafe, Foremost gallon, and pot |
| | 6 | | 1/25/06 | 1/25/06 | 1/25/06 | Photo of safe with measuring cup on top, cord, calculator and canister w/ tape around it |
| | 7 | | 1/25/06 | 1/25/06 | 1/25/06 | Photo of chair w/ water gallon, hot plate, roll of tape, cereal box, box of matches |
| | 8 | | 1/25/06 | 1/25/06 | 1/25/06 | Photo of carpet area/flooring |
| | 9 | | 1/25/06 | 1/25/06 | 1/25/06 | Photo of Western Family matchboxes on carpet flooring |
| | 10 | | 1/25/06 | 1/25/06 | 1/25/06 | Photo of plastic storage container containing miscellaneous items (straws, acetone, white cloth) |
| | 11 | | 1/25/06 | 1/25/06 | 1/25/06 | Photo |
| | | | | | | 10:36:58 End CX |
| | | | | | | BREAK |
| | | | | | | 10:50:31 RESUME HEARING |
| | | | | | | CX by Mr. Gorman |
| | | A | 1/25/06 | 1/25/06 | 1/25/06 | DEA Agent's Manual; Subchapter 621 |
| | | | | | | 11:38:24 End CX by Mr. Gorman |
| | | | | | | CX by Mr. Arriola |
| | | | | | | 11:51:19 End CX |
| | | | | | | CX by Mr. Civille |
| | | | | | | 12:04:42 End CX |
| | | | | | | Re-DX by Ms. David |
| | 2 | | 1/25/06 | 1/25/06 | 1/25/06 | Application for Search Warrant |
| | | | | | | End 12:06:10 |
| | | | | | | *Ms. David moved for the admittance of Exhibits 1 - 11. No objections - Granted* |
| | | | | | | *Mr. Gorman moved for the admittance of Exhibit A - Granted* |
| | | | | | | 12:08:22 LUNCH BREAK |
| | | | | | | 3:08:06 HEARING RESUMES |
| | | | | | | Closing arguments by counsel |
| | | | | | | **4:14:48 END HEARING** |