**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Ginger Perez Hamamoto*



**FILED**
DISTRICT COURT OF GUAM

MAR 15 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. CR-05-00066 |
| ) | |
| Plaintiff, ) | |
| ) | **JOINDER OF DEFENDANT** |
| vs. ) | **GINGER PEREZ HAMAMOTO IN** |
| ) | **OPPOSITION TO MAGISTRATE** |
| GINGER PEREZ HAMAMOTO, *et al.*, ) | **JUDGE'S REPORT AND** |
| ) | **RECOMMENDATION** |
| Defendants. ) | |

Defendant Ginger Perez Hamamoto, by and through counsel, hereby joins in Defendant Joseph Anthony Mesa's Opposition to Magistrate Judge's Report and Recommendation on Defendant's Motion to Suppress filed herein on February 28, 2006.

Respectfully submitted this 14th day of March, 2006.

**CIVILLE & TANG, PLLC**

By: *[signature]*
**G. PATRICK CIVILLE**
*Attorneys for Defendant*
*Ginger Perez Hamamoto*

ORIGINAL

## CERTIFICATE OF SERVICE

I, G. PATRICK CIVILLE, hereby certify that on March 15, 2006, a copy of the foregoing document will be duly hand-delivered to the following:

Maravic P. David, Esq.
United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910

John T. Gorman, Esq.
Federal Public Defender
First Hawaiian Bank Building
Route 8, Suite 501
Mongmong, Guam 96910

Rawlen M.T. Mantanona, Esq.
Cabot & Mantanona
Bank Pacific Building, Second Floor
825 South Marine Drive
Tamuning, Guam 96913

Joaquin C. Arriola, Jr., Esq.
Arriola, Cowan, & Arriola
Suite 201, C&A Professional Building
259 Martyr Street
Hagåtña, Guam 96910

DATED this 14th day of March, 2006.

CIVILLE & TANG, PLLC

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendant*
*Ginger Perez Hamamoto*