LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
MAR 16 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> GINGER PEREZ HAMAMOTO, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00066 <br><br> **GOVERNMENT'S RESPONSE TO TO DEFENDANT HAMAMOTO'S OBJECTIONS TO MAGISTRATE'S REPORT & RECOMMENDATION** |

Defendant Ginger Perez Hamamoto has waived any objections to the magistrate judge's report and recommendation filed February 13, 2006 by failing to file timely objections, as required by 28 U.S.C. § 636(b)(1). If the district judge should consider defendant Hamamoto's untimely objections, then the court should adopt the Magistrate Judge's Findings of Fact and

//
//
//
//
//

Conclusions for the reasons set forth in the Government's Response to Defendant Mesa's Objections to Magistrate's Report & Recommendation filed March 2, 2006.

RESPECTFULLY submitted this 16th day of March 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *[signature]*
MARIVIC P. DAVID
Assistant U.S. Attorney

2