
**FILED**
DISTRICT COURT OF GUAM
MAR 17 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SHARDAE ROXANNE U. LOVE, ) <br> JOSEPH ANTHONY MESA, ) <br> JEFFREY ANTHONY ESPINOSA, and ) <br> GINGER PEREZ HAMAMOTO, ) <br> ) <br> Defendants. ) <br> ) | CRIMINAL CASE NO. 05-00066 <br><br> **ORDER** <br> re: Defendants' Motions to Suppress and Joinders Thereto |

This matter comes before the court on Defendants' Motions to Suppress and Joinders Thereto. These motions were referred to the United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order No. 04-00016 on November 16, 2005. Docket No. 82. The magistrate judge reviewed the submissions and held an evidentiary hearing on the matter.[1] Thereafter, the magistrate judge filed his Findings and Recommendations on February 13, 2006. Docket Nos. 136 and 137. Defendants Love, Espinosa, Mesa and Hamamoto filed objections to the Findings and Recommendations. *See* Docket Nos. 144, 146, 150 and 160, respectively.

Under 28 U.S.C. § 636(b)(1)(C), the Court may accept, reject or modify in whole or in part the Magistrate Judge's recommendation, but must make a *de novo* determination as to any portion of the recommendation to which an objection has been filed. Having thoroughly

---

[1] The evidentiary hearing regarding the motion filed by defendant Love (co-defendant Espinosa also joined in the motion) was held on December 5 and 6, 2005. The evidentiary hearing regarding the motion filed by defendant Mesa (co-defendants Hamamoto and Espinosa also joined in the motion) was held on January 25, 2006.

considered the entire case, the evidence adduced at the suppression hearing and relevant law, the Court hereby adopts the Magistrate's Findings and Recommendations in full. Accordingly, the defendants' Motions to Suppress are DENIED.

The trial for the defendants shall be set for May 8, 2006 at 1:30 p.m. with a final pretrial conference scheduled for May 8, 2006 at 9:30 a.m. The preliminary pretrial conference will be held on April 24, 2006 at 10:15 a.m. at which time the parties shall have lodged with the court all trial documents and materials enumerated in this court's order of September 23, 2005. *See* Docket No. 31.

Dated this 17th day of March 2006.

_____
JAMES L. ROBART*
United States District Judge

---

\* The Honorable James L. Robart, United States District Judge for Western Washington, by designation.