LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAY -1 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GINGER PEREZ HAMAMOTO, <br><br> Defendant. | CRIMINAL CASE NO. 05-00066 <br><br> **UNITED STATES' PETITION FOR HEARING SETTING RELEASE ON CONDITIONS FOR DEFENDANT PENDING TRIAL** |

Pursuant to Title 18, United States Code, Section 3142, the government petitions the court for a hearing on May 1, 2006, or soon thereafter, to set release on conditions of defendant, GINGER PEREZ HAMAMOTO, pending trial. The defendant is currently detained pending order of January 5, 2006. A recent investigation is ongoing to date involving said defendant and the emergency circumstances of her detention must be assessed by the Court and the parties. Defense counsel is aware of said petition and has no objection to a hearing.

RESPECTFULLY submitted this 1st day of May 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney