FILED
DISTRICT COURT OF GUAM
MAY - 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00066 |
| Plaintiff, ) | |
| vs. ) | |
| GINGER PEREZ HAMAMOTO, ) | **ORDER** |
| Defendants. ) | |

The Government's request for a hearing setting conditions of release for the above-named defendant pending trial is hereby granted. A hearing shall be held on May 1, 2006, at 2:00 p.m.

SO ORDERED this 1st day of May 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge