# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>Ginger Perez Hamamoto,<br><br>　　　　　　Defendant. | Case No. 1:05-cr-00066-003<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Setting Hearing filed May 1, 2006*, on the dates indicated below:

| *U.S. Attorney's Office* | *G. Patrick Civille* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *May 1, 2006* | *May 1, 2006* | *May 1, 2006* | *May 1, 2006* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Order Setting Hearing filed May 1, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 1, 2006　　　　　　　　　　　　　/s/ Marilyn B. Alcon
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk