IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**




**CASE NO. CR-05-00066-003** **DATE: 05/01/2006**

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**
Law Clerk: Judith Hattori
Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 2:12:52 - 2 :15:12**
CSO: F. Tenorio

**APPEARANCES**

**DEFT: GINGER PEREZ HAMAMOTO**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.

**ATTY : JOYCE TANG for PATRICK CIVILLE**
( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY: MARIVIC DAVID**
**AGENT: JASON FERGURSON, F.B.I.**

**U.S. PROBATION: CARLEEN BORJA**
**U.S. MARSHAL: J. CURRY / D. PUNZALAN**

**INTERPRETER:** ____________ ( ) **SWORN** **LANGUAGE:** ____________

**PROCEEDINGS: HEARING ON SETTING CONDITIONS OF RELEASE**

**( ) MOTION(s) ARGUED BY ( ) GOVERNMENT ( ) INDIVIDUAL**
**( ) MOTION(s) ___Granted ____Denied ____Withdrawn ____Under Advisement**
**( ) ORDER SUBMITTED ____Approved ____Disapproved**
**( ) ORDER to prepared By:** ____________
**( ) STATUS HEARING:** ____________

**NOTES:**

**Government and defense counsel had no objection to pretrial services recommendation of release (see attached conditions). The Court admonished the defendant to abide by the release conditions.**

Ginger Perez Hamamoto



## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:

(Name of person or organization) ______

(Address) ______

(City and state) ______ (Tel. No.) ______

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: ______ ______
Custodian or Proxy Date

( ✓ ) (7) The defendant shall:

( ✓ ) (a) report to the U.S. Pretrial Services Office, telephone number 473-9201, not later than as directed.

( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: ______

( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described ______.

( ) (d) execute a bail bond with solvent sureties in the amount of $ ______.

( ) (e) maintain or actively seek employment.

( ) (f) maintain or commence an education program.

( ✓ ) (g) surrender any passport to: Clerk of Court, District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagatna, Guam

( ✓ ) (h) obtain no passport.

( ✓ ) (i) abide by the following restrictions on personal association, place of abode, or travel: The defendant shall remain at a fixed address and not change address unless approved by U.S. Probation Office

( ✓ ) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:

( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows:

( ) (l) return to custody each (week) day as of ______ o'clock after being released each (week) day as of ______ o'clock for employment, schooling, or the following limited purpose(s): ______

( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

( ✓ ) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.

( ✓ ) (o) refrain from ( ✓ ) any ( ) excessive use of alcohol.

( ✓ ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ✓ ) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

( ✓ ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

( ✓ ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.

( ✓ ) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

( ) (i) **Curfew.** You are restricted to your residence every day ( ) from ______ to ______, or ( ) as directed by the pretrial services office or supervising officer; or

( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or

( ✓ ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

( ✓ ) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

( ✓ ) (v) Shall not go near any ports of entry or exit unless authorized by the U.S Probation Office and shall not leave Guam without written permission of the Court and the U.S. Probation Office

( ✓ ) (w) The defendant shall undergo a mental health intake and assessment and abide by any and all treatment recommendations therein to include mental health counseling.

( ✓ ) (x) Defendant shall be allowed to visit her attorney while on Home Incarceration however she must inform the Pretrial Services Office prior to the appointment.

DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICES U.S. ATTORNEY U.S. MARSHAL