LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAY -1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH ANTHONY MESA,<br>JEFFREY ANTHONY ESPINOSA,<br>GINGER PEREZ HAMAMOTO, and<br>SHARDAE ROXANNE U. LOVE,<br><br>    Defendants. | CRIMINAL CASE NO. 05-00066<br><br>**UNITED STATES' MOTION TO RELEASE GRAND JURY TRANSCRIPTS** |

COMES NOW the United States and moves this Honorable Court for an order allowing the release to defense counsel, Joaquin C. Arriola, Jr., G. Patrick Civille, John T. Gorman, and Rawlen M. Mantanona, of the testimony of the witnesses who appeared before the Grand Jury in this matter and who will testify at trial. Presently, these transcripts are sealed pursuant to Federal Rules of Criminal Procedure 6(e); counsel is entitled to receive them after the witnesses' testimony pursuant to 18 U.S.C. § 3500.

//
//
//
//
//

1     This motion is made for the reason that release of this document prior to the testimony of
2 the witnesses will expedite the timely conduct of the trial itself.
3     Respectfully submitted this  1st  day of May, 2006.

4                              LEONARDO M. RAPADAS
                                United States Attorney
5                              Districts of Guam and NMI

7                     By:
                              MARIVIC P. DAVID
8                              Assistant U.S. Attorney

-2-