```
LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334
```

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY -1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00066 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES' EXHIBIT LIST** |
| JOSEPH ANTHONY MESA, ) JEFFREY ANTHONY ESPINOSA, ) GINGER PEREZ HAMAMOTO, and ) SHARDAE ROXANNE U. LOVE, ) | |
| Defendants. ) | |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this _1st_ day of May 2006.

                                              LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and NMI

By: _____
     MARIVIC P. DAVID
     Assistant U.S. Attorney

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 1. | Photo of Shardae R.U. Love | | |
| 2. | Photo of Jeffrey A. Espinosa | | |
| 3. | Photo of Joseph A. Mesa | | |
| 4. | Photo of Ginger P. Hamamoto | | |
| 5. | Photo of police scanner in hotel room | | |
| 6a. | Photo of 11 straws of ice in hotel room | | |
| 6b. | Photo of 11 straws of ice | | |
| 6c. | Bag w/ 11 straws of ice | | |
| 6d. | DEA lab report - 1 gram of d-methamphetamine HCl | | |
| 7. | Photo of matchbooks in hotel room | | |
| 8a. | Photo-1 of closet interior | | |
| 8b. | Photo-2 of closet interior | | |
| 8c. | Photo-3 of closet interior | | |
| 8d. | Photo-4 of closet interior | | |
| 9. | Photo of paper cup on person of J. Mesa | | |
| 10a. | Photo of paper cup w/ ziploc bag of ice at scene | | |
| 10b. | Photo of paper cup w/ ziploc bag of ice | | |
| 11. | Bag w/ paper cup w/ ice | | |
| 12. | DEA lab report - .99 gram of d-methamphetamine HCL | | |
| 13a. | Photo-1 of closed blue plastic container | | |
| 13b. | Photo-2 of partially open blue plastic container | | |
| 13c. | Photo-3 of open blue plastic container | | |
| 13d. | Photo-4 of open blue plastic container | | |
| 13e. | Photo-5 of open blue plastic container | | |

i

Case 1:05-cr-00066    Document 190    Filed 05/01/2006    Page 2 of 4

| | | |
|---|---|---|
| 14. | Photo of electric heating plate | _____  _____ |
| 15a. | Photo-1 of bathroom | _____  _____ |
| 15b. | Photo-2 of bathroom | _____  _____ |
| 16a. | Photo-1 of drawer interior | _____  _____ |
| 16b. | Photo-2 of drawer interior | _____  _____ |
| 17a. | Photo-1 of bed w/ black Hamamoto bag | _____  _____ |
| 17b. | Photo-2 of bed by side table | _____  _____ |
| 18a. | Photo-1 of cereal box w/ cardboard box | _____  _____ |
| 18b. | Photo-2 of contents of cereal box | _____  _____ |
| 18c. | Photo-3 of contents of cardboard box | _____  _____ |
| 18d. | Photo-4 of contents of cardboard box | _____  _____ |
| 19. | Photo of contents of small blue plastic container | _____  _____ |
| 20. | Photo of flask | _____  _____ |
| 21. | Photo of glass smoking pipe w/ foil strip | _____  _____ |
| 22. | Photo of glass smoking pipe on floor | _____  _____ |
| 23. | Photo of coffee grinder, glassware, denatured alcohol solvent and muriatic acid | _____  _____ |
| 24. | Photo of Onward Beach Resort receipt inside drawer | _____  _____ |
| 25. | Photo of Onward Beach Resort official receipt inside cardboard box | _____  _____ |
| 26. | Photo of distilled water, Coleman fuel, Acetone, Airbrush propellant can, Airbrush thinner, Aquachek bottle, fast dry enamel, Red Devil lye, iodine tincture | _____  _____ |
| 27. | Photo of Motorola GTX police scanner | _____  _____ |
| 28. | Motorola GTX police scanner | _____  _____ |
| 29. | Photo of electric heating plate | _____  _____ |
| 30. | Electric heating plate | _____  _____ |
| 31a. | Photo of glassware item and glassware photographs | _____  _____ |
| 31b. | Photo of glassware in cereal box | _____  _____ |
| 32. | Glassware found in cereal box | _____  _____ |

| # | Item | | |
|---|------|---|---|
| | 33. Photo of connecting tubes w/ siphon pump | _____ | _____ |
| | 34. Connecting tubes w/ siphon pump | _____ | _____ |
| | 35. Photo of boxes of Western Family matchbooks | _____ | _____ |
| | 36a-d. Western Family matchbooks | _____ | _____ |
| | 37a. Photo of glass smoking pipe | _____ | _____ |
| | 37b. Glass smoking pipe | _____ | _____ |
| | 38a. Photo of plastic container w/ tubing | _____ | _____ |
| | 38b. Plastic container w/ tubing | _____ | _____ |
| | 39a. Photo of RITE WEIGHT scale, glass smoking pipe w/ PH testers | _____ | _____ |
| | 39b. RITE WEIGHT scale, glass smoking pipe w/ PH testers | _____ | _____ |
| | 40a-b. Two Onward Beach Resort receipts | _____ | _____ |
| | 41a. Photo of straws w/ red stripes | _____ | _____ |
| | 41b. Straws w/ red stripes | _____ | _____ |
| | 42a. Photo of sandpapers | _____ | _____ |
| | 42b. Sandpapers | _____ | _____ |
| | 43a. Photo of cooking timer | _____ | _____ |
| | 43b. Cooking timer | _____ | _____ |
| | 44a. Photo of Pyrex measuring cup and coffee filter cup | _____ | _____ |
| | 44b. Pyrex measuring cup and coffee filter cup | _____ | _____ |
| | 45. Benson sales receipt | _____ | _____ |
| | 46. Miranda warnings form re G. Hamamoto | _____ | _____ |
| | 47a. Photo of wood stirrer and aerolatte stirrer | _____ | _____ |
| | 47b. Wood stirrer and aerolatte stirrer | _____ | _____ |
| | 48. Guam Reef Hotel registration form | _____ | _____ |
| | 49. Guam Reef Hotel card key | _____ | _____ |
| | 50. Clandestine Laboratory Production Report | _____ | _____ |