LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334
Attorneys for the United States of America

**ORIGINAL**

FILED
DISTRICT COURT OF GUAM
MAY -1 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.05-00066 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNITED STATES'** |
| | ) | **[PROPOSED]** |
| | ) | **VERDICT FORM** |
| JOSEPH ANTHONY MESA, | ) | |
| JEFFREY ANTHONY ESPINOSA, | ) | |
| GINGER PEREZ HAMAMOTO, and | ) | |
| SHARDAE ROXANNE U. LOVE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Order of this Court, the United States hereby submits the following verdict form for purposes of this trial.

Respectfully submitted this 1st day of May 2006.

                                            LEONARDO M. RAPADAS
                                            United States Attorney
                                            Districts of Guam and NMI

By: _____
          MARIVIC P. DAVID
          Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.05-00066 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **VERDICT FORM** |
| JOSEPH ANTHONY MESA, | ) | |
| JEFFREY ANTHONY ESPINOSA, | ) | |
| GINGER PEREZ HAMAMOTO, and | ) | |
| SHARDAE ROXANNE U. LOVE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## COUNT I - ATTEMPT TO MANUFACTURE
## METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case unanimously find the defendant, JOSEPH ANTHONY MESA: Violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846; and Title 18, United States Code, Section 2:

/ / NOT GUILTY

/ / GUILTY

## COUNT II - POSSESSION WITH INTENT TO DISTRIBUTE
## LESS THAN FIVE GRAMS OF METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case unanimously find the defendant, JOSEPH ANTHONY MESA: Violation of Title 21, United States Code, Sections 841(a)(1),

841(b)(1)(C); and Title 18, United States Code, Section 2:

/ / NOT GUILTY

/ / GUILTY

## COUNT III - CONSPIRACY TO MANUFACTURE
## OVER FIVE GRAMS OF METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case unanimously find the defendant, JOSEPH ANTHONY MESA: Violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii) and 846; and Title 18, United States Code, Section 2:

/ / NOT GUILTY

/ / GUILTY

## COUNT IV - CONSPIRACY TO DISTRIBUTE
## OVER FIVE GRAMS OF METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case unanimously find the defendant, JOSEPH ANTHONY MESA: Violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii) and 846; and Title 18, United States Code, Section 2:

/ / NOT GUILTY

/ / GUILTY

DATED this _____ day of _____, 2006, at Hagatna, Guam.

_____
FOREPERSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.05-00066 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | VERDICT FORM |
| JOSEPH ANTHONY MESA, | ) | |
| JEFFREY ANTHONY ESPINOSA, | ) | |
| GINGER PEREZ HAMAMOTO, and | ) | |
| SHARDAE ROXANNE U. LOVE, | ) | |
| | ) | |
| Defendants. | ) | |

## COUNT I - ATTEMPT TO MANUFACTURE
## METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case unanimously find the defendant, JEFFREY ANTHONY ESPINOSA: Violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846; and Title 18, United States Code, Section2:

/ /    NOT GUILTY

/ /    GUILTY

## COUNT II - POSSESSION WITH INTENT TO DISTRIBUTE
## LESS THAN FIVE GRAMS OF METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case unanimously find the defendant, JEFFREY ANTHONY ESPINOSA: Violation of Title 21, United States Code, Sections 841(a)(1),

841(b)(1)(C); and Title 18, United States Code, Section 2:

/ / NOT GUILTY

/ / GUILTY

## COUNT III - CONSPIRACY TO MANUFACTURE
## OVER FIVE GRAMS OF METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case unanimously find the defendant, JEFFREY ANTHONY ESPINOSA: Violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii) and 846; and Title 18, United States Code, Section 2:

/ / NOT GUILTY

/ / GUILTY

## COUNT IV - CONSPIRACY TO DISTRIBUTE
## OVER FIVE GRAMS OF METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case unanimously find the defendant, JEFFREY ANTHONY ESPINOSA: Violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii) and 846; and Title 18, United States Code, Section 2:

/ / NOT GUILTY

/ / GUILTY

DATED this _____ day of _____, 2006, at Hagatna, Guam.

_____
FOREPERSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.05-00066 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **VERDICT FORM** |
| JOSEPH ANTHONY MESA, | ) | |
| JEFFREY ANTHONY ESPINOSA, | ) | |
| GINGER PEREZ HAMAMOTO, and | ) | |
| SHARDAE ROXANNE U. LOVE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**COUNT I - ATTEMPT TO MANUFACTURE
METHAMPHETAMINE HYDROCHLORIDE**

We, the Jury, in the above-entitled case unanimously find the defendant, GINGER PEREZ HAMAMOTO: Violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846; and Title 18, United States Code, Section2:

/ / NOT GUILTY

/ / GUILTY

**COUNT II - POSSESSION WITH INTENT TO DISTRIBUTE
LESS THAN FIVE GRAMS OF METHAMPHETAMINE HYDROCHLORIDE**

We, the Jury, in the above-entitled case unanimously find the defendant, GINGER PEREZ HAMAMOTO: Violation of Title 21, United States Code, Sections 841(a)(1),

841(b)(1)(C); and Title 18, United States Code, Section2:

      /  /  NOT GUILTY

      /  /  GUILTY

### COUNT III - CONSPIRACY TO MANUFACTURE
### OVER FIVE GRAMS OF METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case unanimously find the defendant, GINGER PEREZ HAMAMOTO: Violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii) and 846; and Title 18, United States Code, Section2:

      /  /  NOT GUILTY

      /  /  GUILTY

### COUNT IV - CONSPIRACY TO DISTRIBUTE
### OVER FIVE GRAMS OF METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case unanimously find the defendant, GINGER PEREZ HAMAMOTO: Violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii) and 846; and Title 18, United States Code, Section2:

      /  /  NOT GUILTY

      /  /  GUILTY

DATED this _____ day of _____, 2006, at Hagatna, Guam.

                     _____
                     FOREPERSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.05-00066 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **VERDICT FORM** |
| JOSEPH ANTHONY MESA, | ) | |
| JEFFREY ANTHONY ESPINOSA, | ) | |
| GINGER PEREZ HAMAMOTO, and | ) | |
| SHARDAE ROXANNE U. LOVE, | ) | |
| | ) | |
| Defendants. | ) | |

**COUNT I - ATTEMPT TO MANUFACTURE
METHAMPHETAMINE HYDROCHLORIDE**

We, the Jury, in the above-entitled case unanimously find the defendant, SHARDAE ROXANNA U. LOVE:  Violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846; and Title 18, United States Code, Section2:

/    /    NOT GUILTY

/    /    GUILTY

**COUNT II - POSSESSION WITH INTENT TO DISTRIBUTE
LESS THAN FIVE GRAMS OF METHAMPHETAMINE HYDROCHLORIDE**

We, the Jury, in the above-entitled case unanimously find the defendant, SHARDAE ROXANNE U. LOVE:  Violation of Title 21, United States Code, Sections 841(a)(1),

841(b)(1)(C); and Title 18, United States Code, Section2:

/ / NOT GUILTY

/ / GUILTY

## COUNT III - CONSPIRACY TO MANUFACTURE
## OVER FIVE GRAMS OF METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case unanimously find the defendant, SHARDAE ROXANNE U. LOVE:   Violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii) and 846; and Title 18, United States Code, Section2:

/ / NOT GUILTY

/ / GUILTY

## COUNT IV - CONSPIRACY TO DISTRIBUTE
## OVER FIVE GRAMS OF METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case unanimously find the defendant, SHARDAE ROXANNE U. LOVE:   Violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii) and 846; and Title 18, United States Code, Section2:

/ / NOT GUILTY

/ / GUILTY

DATED this _____ day of _____, 2006, at Hagatna, Guam.

_____
FOREPERSON