LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAY -2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00066 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER RE: RELEASE OF GRAND JURY TRANSCRIPT** |
| JOSEPH ANTHONY MESA, JEFFREY ANTHONY ESPINOSA, GINGER PEREZ HAMAMOTO, and SHARDAE ROXANNE U. LOVE, | |
| Defendants. | |

Based on the government's motion to release grand jury transcripts, the Court hereby orders the release, to defense counsel in the above-entitled case, of all grand jury transcripts containing testimony of witnesses who have appeared before the Federal Grand Jury in this matter.

SO ORDERED this 2nd day of May, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**