CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Ginger Perez Hamamoto*



FILED
DISTRICT COURT OF GUAM

MAY - 2 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00066 |
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT GINGER PEREZ HAMAMOTO'S WITNESS LIST** |
| GINGER PEREZ HAMAMOTO, | ) | |
| Defendant. | ) | |

Defendant, Ginger Perez Hamamoto, may call the following individuals as witnesses at trial:

1. Frances P. Hamamoto,
   167 Tutujan Drive
   Agana Heights, Guam 96932

2. Frankie Perez Hamamoto
   167 Tutujan Drive
   Agana Heights, Guam 96932

3. Representative of Continental Airlines.

///

///

ORIGINAL

*United States of America vs. Ginger Perez Hamamoto*
Criminal Case No. No. 05-00066
*Defendant Ginger Perez Hamamoto's Witness List*

4. Defendant reserves the right to testify on her own behalf, and to call any persons listed as witnesses by the United States.

DATED at Hagåtña, Guam, this 2nd day of May, 2006.

**CIVILLE & TANG, PLLC**

By: /s/ G. Patrick Civille
**G. PATRICK CIVILLE**
*Attorneys for Defendant*
*Ginger Perez Hamamoto*

2

Case 1:05-cr-00066    Document 196    Filed 05/02/2006    Page 2 of 2