CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Ginger Perez Hamamoto*



FILED
DISTRICT COURT OF GUAM
MAY -2 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00066 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT GINGER PEREZ HAMAMOTO'S EXHIBIT LIST** |
| GINGER PEREZ HAMAMOTO, | ) | |
| Defendant. | ) | |

Defendant, Ginger Perez Hamamoto, hereby submits the following exhibit she anticipates introducing at trial:

| EXHIBIT NO. | DESCRIPTION | DATE INTRODUCED | DATE ADMITTED |
|---|---|---|---|
| A | Continental Airlines Reimbursement Receipt for Airline Ticket, along with Cancellation Fee | | |

Defendant reserves the right to introduce any exhibits on the Government's exhibit list which are not introduced by the Government.

DATED at Hagåtña, Guam, this 2nd day of May, 2006.

CIVILLE & TANG, PLLC

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendant*
*Ginger Perez Hamamoto*