**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Ginger Perez Hamamoto*

FILED
DISTRICT COURT OF GUAM
MAY -2 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> GINGER PEREZ HAMAMOTO, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO.05-00066 <br><br><br> **DEFENDANT GINGER PEREZ HAMAMOTO'S PROPOSED VERDICT FORMS** |

Defendant, Ginger Perez Hamamoto, hereby submits her proposed verdict forms attached hereto.

DATED at Hagåtña, Guam, this _____ day of May, 2006.

CIVILLE & TANG, PLLC

By_____
**G. PATRICK CIVILLE**
*Attorneys for Defendant*
*Ginger Perez Hamamoto*

# VERDICT FORM

## ATTEMPT TO MANUFACTURE METHAMPHETAMINE HYDROCHLORIDE
(21 U.S.C. § 841(a)(1), 841(b)(1)(C) and 864; and 18 U.S.C. § 2)
**(Count I)**

We, the jury, find the Defendant, Ginger Perez Hamamoto _____ [guilty/not guilty] of the crime of attempt to manufacture methamphetamine hydrochloride as charged in Count I of the Indictment.

_____
Foreperson of the Jury

Date:_____

# VERDICT FORM

## POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE
## (21 U.S.C. §§ 841(a)(1), 841 (b)(1)(C), and 18 U.S.C. § 2)
## (Count II)

We, the jury, find the Defendant, Ginger Perez Hamamoto _____ [guilty/not guilty] of the crime of possession with intent to distribute less than 5 grams of methamphetamine hydrochloride as charged in Count II of the Indictment.

_____
Foreperson of the Jury

Date:_____

# VERDICT FORM

## POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE
### (21 U.S.C. § 844(a))
### (Lesser Included Offense of Count II)

We, the jury, find the Defendant, Ginger Perez Hamamoto _____ [guilty/not guilty] of the crime of possession of less than 5 grams of methamphetamine hydrochloride as a lesser included offense of the offense charged in Count II of the Indictment.

_____
Foreperson of the Jury

Date:_____

# VERDICT FORM

## CONSPIRACY TO MANUFACTURE METHAMPHETAMINE HYDROCHLORIDE
(21 U.S.C. §§ 841(a)(1), 841 (b)(1)(B)(viii), and 846; and 18 U.S.C. § 2)
(Count III)

We, the jury, find the Defendant, Ginger Perez Hamamoto _____ [guilty/not guilty] of conspiracy to manufacture methamphetamine hydrochloride as charged in Count III of the Indictment.

_____
Foreperson of the Jury

Date:_____

# VERDICT FORM

## CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE
### (21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii), and 846; and 18 U.S.C. § 2)
### (Count IV)

We, the jury, find the Defendant, Ginger Perez Hamamoto _____ [guilty/not guilty] of the crime of conspiracy to distribute over 5 grams of methamphetamine hydrochloride as charged in Count IV of the Indictment.

_____
Foreperson of the Jury

Date:_____

# VERDICT FORM

## CONSPIRACY TO POSSESS METHAMPHETAMINE HYDROCHLORIDE
### (21 U.S.C. § 844(a) and 846)
### (Lesser Included Offense of Count IV)

We, the jury, find the Defendant, Ginger Perez Hamamoto _____ [guilty/not guilty] of the crime of conspiracy to possess over 5 grams of methamphetamine hydrochloride as a lesser included offense of the offense charged in Count IV of the Indictment.

_____
Foreperson of the Jury

Date:_____