# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>GINGER PEREZ HAMAMOTO<br><br>TO:    DEPARTMENT OF CORRECTIONS<br>        GOVERNMENT OF GUAM | SUBPOENA IN A<br>CRIMINAL CASE<br><br>Case Number:    CR-05-00066 |

**FILED**
DISTRICT COURT OF GUAM
MAY - 4 2006
MARY L.M. MORAN
CLERK OF COURT

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| CIVILLE & TANG, PLLC<br>330 HERNAN CORTEZ AVENUE<br>SUITE 200<br>HAGATNA, GUAM 96910 | |
| | DATE AND TIME<br>MAY 9, 2006, 10:00 |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

[REDACTED]

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>    Mary L.M. Moran | DATE |
|---|---|
| (By) Deputy Clerk | May 2, 2006 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Joyce C.H. Tang, Esq.
CIVILLE & TANG, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910

| | PROOF OF SERVICE | |
|---|---|---|
| RECEIVED BY SERVER | DATE 5/2/06 | PLACE Civille and Tang office |
| SERVED | DATE 5/2/06 5/3/06 | PLACE Department of Corrections Mangilao |
| SERVED ON (PRINT NAME) Jose B. Palacios | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☐ NO AMOUNT $ | |
| SERVED BY (PRINT NAME) Anthony Taijeron | TITLE Process Server | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    5/3/06
DATE

SIGNATURE OF SERVER

109 Sgt. E. Cruz St. Santa Rita Guam
ADDRESS OF SERVER

ADDITIONAL INFORMATION

VALERIE S. PANGELINAN 5/3/06 DOC @ 1130 hrs.
Served with corrected copies of both Boxes marked. AT