# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA
V.

**GINGER PEREZ HAMAMOTO**

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:    CR-05-00066-003

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| 4th FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910 | COURTROOM |
| | Date and Time |
| Before: Honorable Joaquin V.E. Manibusan, Jr., Magistrate Judge | Thursday, July 20, 2006 at 10:00 a.m. |

To answer a(n)
☐ Superseding Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   X Violation Notice

Charging you with a violation of Title    18    United States Code, Section(s)    3148

Brief description of offense:

**ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**

(SEE PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE AND ORDER SEPARATELY FILED ON JULY 17, 2006)

**FILED**
DISTRICT COURT OF GUAM
JUL 18 2006
MARY L.M. MORAN
CLERK OF COURT

LEILANI R. TOVES HERNANDEZ, Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

July 18, 2006
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

ORIGINAL

## RETURN OF SERVICE

Date: 7/18/2006

Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:

UNITED STATES MARSHALS SERVICE
ATTN:
520 W. SOLEDAD AVE, SUITE 344
HAGATNA, GUAM, 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 7/18/2006
Date

J. Selso
Name of United States Marshal

V. P.
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.