
**FILED**
DISTRICT COURT OF GUAM
JUL 20 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES

CASE NO.: CR-05-00066-003          DATE: July 20, 2006

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
    Law Clerk: Judith P. Hattori        Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 10:13:38 - 10:29:27
    CSO: F. Tenorio

---

**APPEARANCES:**
    Defendant: Ginger Perez Hamamoto    Attorney: G. Patrick Civille
        ☑Present ☐Custody ☐Bond       ☑Present ☐Retained
        ☐P.R.                            ☐FPD ☑CJA
U.S. Attorney: Marivic P. David        U.S. Agent:
U.S. Probation: Grace Flores          U.S. Marshal: C. Marquez
    Interpreter:                        Language:
        ☐Sworn ☐Previously Sworn

---

**PROCEEDINGS: Order to Show Cause Why Pretrial Release Conditions Should Not Be Revoked**
- Allegations Stated by the Court
- Defendant Admits to the Allegations
- Revocation of Pretrial Release <u>Denied</u>
- Defendant to be released on Personal Recognizance Bond

NOTES: Government stated that the Petition was inadvertently filed in CR-05-00066 and should be filed under CR-06-00018. The Court instructed the clerk to place a copy of the petition in the appropriate case.

Defense requested for the defendant to be released under the same conditions previously imposed. Government stated their concern regarding the defendant's past violations.

The Court released the defendant under the same conditions previously imposed under CR-05-00066. The defendant was admonished to abide by the conditions and any positive drug test will automatically revoke her release.