AO89 (Rev. 7/95) Subpoena in a Criminal Case

ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA

V.

JEFFREY ANTHONY ESPINOSA, GINGER PEREZ HAMAMOTO, and SHARDAE ROXANNE U. LOVE

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 05-00066

**FILED**
DISTRICT COURT OF GUAM
AUG 25 2006
MARY L.M. MORAN
CLERK OF COURT

TO: Ms. Jeanette B. Roberto
Court Transcriber
Superior Court of Guam

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>520 West Soledad Ave.<br>Hagatna, Guam | Fourth Floor |
| | DATE AND TIME<br>August 28, 2006<br>10:15 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Mary L. M. Moran<br>(By) Deputy Clerk<br>*[signature]* | August 23, 2006 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Marivic P. David, Assistant U.S. Attorney
Districts of Guam & NMI
Sirena Plaza, Suite 500, 108 Hernan Cortez Ave., Hagatna, Guam (671) 472-7332

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

# PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 8/24/06 | U.S. Attorney's Office |
| SERVED | DATE 8/24/06 | PLACE Superior Court of Guam |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Ms. Jeanette B. Roberto | YES (NO) AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Jacqueline Emmanuel | Clerk |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    8/24/06
               DATE            SIGNATURE OF SERVER

                     108 Hernan Cortez Ave. Suite 500
                     ADDRESS OF SERVER

                     Hagatna, GU 96910

ADDITIONAL INFORMATION