ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP -7 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH ANTHONY MESA,<br>JEFFREY ANTHONY ESPINOSA,<br>GINGER PEREZ HAMAMOTO, and<br>SHARDAE ROXANNE U. LOVE,<br><br>Defendants. | CRIMINAL CASE NO. 05-00066-003<br><br>UNITED STATES' MOTION TO DISMISS INDICTMENT, AND SUPERSEDING INDICTMENT |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment, and Superseding Indictment, in the above cause, as to defendant GINGER HAMAMOTO, be dismissed, for the reason that the defendant entered a plea of guilty to an Information on May 8, 2006, under Criminal Case No. 06-00018, which said Information incorporated similar criminal acts.

RESPECTFULLY submitted this 7th day of September, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney