LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH ANTHONY MESA, <br> JEFFREY ANTHONY ESPINOSA, <br> GINGER PEREZ HAMAMOTO, and <br> SHARDAE ROXANNE U. LOVE, <br><br> Defendants. | CRIMINAL CASE NO. 05-00066-003 <br><br> ORDER Re: September 7, 2006 <br> United States' Motion to Dismiss <br> Indictment, and Superseding Indictment |

The United States' Motion to Dismiss the Superseding Indictment in the above cause, as to defendant GINGER HAMAMOTO, filed September 7, 2006, is hereby granted.

**SO ORDERED** this 18th day of September, 2006.

_____
MORRISON C. ENGLAND
Designated Judge
District Court of Guam

ORIGINAL